# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GOMEZ, an individual and California resident<br><br>Plaintiff,<br><br>vs.<br><br>SCHLUMBERGER LIFT SOLUTIONS LLC, a Foreign Limited Liability Company, and DOES 1-10,<br>　　　　　Defendants. | **Case No. 1:20-CV-00920-NONE-JLT**<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE ACTION<br>(DOC. 15) |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1) to dismiss this action has with prejudice with each side to bear their own fees and costs. (Doc. 15) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　　Dated:　**July 30, 2021**　　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE